13 A.3d 359

IN THE MATTER OF TYRONE M. MCDONNELL, AN
ATTORNEY AT LAW (ATTORNEY NO. 029041986).

February 2, 2011.

This matter having been duly presented to the Court (DRB 10–408), it is ORDERED that **TYRONE M. MCDONNELL of HACKENSACK,** who was admitted to the bar of this State in 1986, and who was suspended from the practice of law for a period of three months effective July 30, 2010, by Order of this Court filed July 1, 2010, be restored to the practice of law, effective immediately.

13 A.3d 359

JOHN P. CONWAY, PLAINTIFF–APPELLANT AND CROSS–RE-SPONDENT, v. BOROUGH OF FLORHAM PARK TC., ET AL., DEFENDANTS–RESPONDENTS AND CROSS–APPELLANTS.

February 7, 2011.

This matter having been brought before the Court on the parties' petition and cross-petition for certification;

And the Court having granted the petition and cross-petition by Orders filed July 12, 2010, and having heard argument of the parties on November 9, 2010, and having determined that plaintiff's complaint, captioned as an action in lieu of prerogative writs, is untimely and that the appeal can and should be disposed of summarily; it is hereby

ORDERED that the judgment of the Superior Court, Appellate Division in A–2323–08T1 is vacated, and the matter is remanded to the Superior Court, Law Division, for the entry of judgment dismissing plaintiff's complaint.